# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OMAR JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | 1:22-cv-352 |
| | ) | |
| vs. | ) | |
| | ) | District Judge J. Nicholas Ranjan |
| RANDY IRWIN, *Facility Manager*; | ) | |
| JASON K. KUNDICK, *Captain of* | ) | Magistrate Judge Maureen P. Kelly |
| *Security*; LISA FISCUS, *Disciplinary* | ) | |
| *Hearing Examiner*; KYLE BAUER, | ) | |
| *Correctional Officer I*, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>MEMORANDUM ORDER</u>

On July 27, 2023, *pro se* Plaintiff Omar Jackson filed an amended complaint (ECF 25) asserting two claims for relief under Section 1983: (1) Count I, which alleges that Defendants retaliated against Mr. Jackson for exercising his First Amendment rights; and (2) Count II, which alleges that Defendants violated his rights under the Fifth and Fourteenth Amendments. The matter was referred to Magistrate Judge Maureen P. Kelly for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court applicable to Magistrate Judges.

Currently before the Court is a Report & Recommendation (ECF 103) filed by Judge Kelly on August 22, 2025 to resolve cross-motions for summary judgment. Judge Kelly recommended denying Mr. Jackson's motion (ECF 82) and granting in part and denying in part Defendants' motion (ECF 87). As to Count 1, she recommended denying both parties' motions because disputed issues of material fact remain—specifically, whether Mr. Jackson's April 28 email was a true threat, whether he was punished because of that email's content and recipient, and whether a legitimate penological interest motivated Defendants' actions. ECF 103 at 11-16, 19-21. For Count 2, Judge Kelly recommended granting Defendants' motion because

a previously held hearing gave Mr. Jackson an opportunity to challenge the misconduct report at issue.  *Id.* at 16-19, 21.

The parties were notified that objections to the Report & Recommendation were due by September 5, 2025 and, for unregistered ECF users, by September 8, 2025.  On August 25, 2025, then-Chief Judge Hornak ordered an administrative stay until October 3, 2025, *see* ECF 104, which was sent to Plaintiff, ECF 105.  Even accounting for the extension created by the administrative stay, no objections were filed.

Upon a review of the record of this matter and the Report and Recommendation, the Court finds no clear error on the face of the record, and therefore enters the following order.

AND NOW, this 5th day of February, 2026, it is **ORDERED** that the Mr. Jackson's motion is **DENIED**, and Defendants' motion is **DENIED** as to Count 1 and **GRANTED** as to Count 2**.**  The Report & Recommendation is adopted as the opinion of the Court.

BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge

cc:
OMAR JACKSON
DT-7049
SCI FOREST
P.O. Box 307
286 Woodland Drive
Marienville, PA 16239